IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENA LYNN GREEN                                                                           PLAINTIFF

v.                                          No. 3:16-CV-00074-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 22nd day of May 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE